**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
:
MICHELLE L. MCGUIRK,                               :
                                                                                :
                Plaintiff,        :    14 Civ. 9516 (CM) (HBP)
                                                                                :
   -against-                                                 :
                                                                                :
SWISS RE FINANCIAL SERVICES, CORP.  et al.,  :
                                                                                :
                Defendant(s).    :
                                                                                :
---------------------------------------------------------------------- x


## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, Defendants Swiss Re Financial Services Corp., Swiss Reinsurance America Corp., Swiss Re Financial Products Corp., and Erika Ozer ("Defendants") will move this Court on a date and at a time designated by the Court, before the Honorable Colleen McMahon, United States District Judge, Southern District of New York, at 500 Pearl Street, New York, New York, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendants' Motion to Dismiss the Complaint in its entirety with prejudice, and granting such other relief as the Court may deem just and proper.

Dated: New York, New York  　　　SEYFARTH SHAW LLP
　　　　　January 22, 2015


By: /s/ Christopher H. Lowe
　　　Christopher H. Lowe
　　　Tara M. Conroy
　　　clowe@seyfarth.com
　　　tconroy@seyfarth.com
　　　620 Eighth Avenue
　　　New York, New York  10018
　　　Telephone:  (212) 218-5500
　　　Facsimile:  (212) 218-5526

Attorneys for Defendants Swiss Re Financial Services Corp., Swiss Reinsurance America Corp., Swiss Re Financial Products Corp., and Erika Ozer