UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x    14-CV-9516 (CM)
MICHELLE L. MCGUIRK,

                              Plaintiff,

- v. -

SWISS RE FINANCIAL SERVICES, CORP.,        RULE 7.1 STATEMENT
SWISS REINSURANCE AMERICA CORP.,
SWISS RE FINANCIAL PRODUCTS CORP.,
                              Defendants
WALTER B. KIELHOLZ, DAVID J. BLUMER,
CHRISTIAN MUMENTHALER, CHARLOTTE
GUBLER, KANWARDEEP AHLUWALIA, DAVID
GODFREY, ERIKA OZER, and JOHN DOEs,
                              Individual Defendants,
------------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, I, the undersigned Plaintiff, self-represented and not an attorney, certify that I do not represent nor engage in these matters as a private non-governmental party or corporation, with no corporate entity parent, affiliate and/or subsidiary that issues stock or is publicly held.

I am not a direct shareholder of stock in Defendants' or its corporate parent entity, affiliate and/or subsidiary that issues stock or is publicly held. During the relevant time of Complaint, I directly owned up to seventy-seven (77) publicly traded shares of Swiss Reinsurance Company, Ltd., with no controlling influence.

Dated: New York, New York

January 21ˢᵗ, 2015

                                                     _____
                                                     Michelle L. McGuirk
                                                     *Self-Represented Plaintiff*
                                                     P.O. Box 369, N.Y.,N.Y.10113-0369

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MICHELLE L. MCGUIRK,                                              14-CV-9516 (CM)
                                    Plaintiff,

- v. -

SWISS RE FINANCIAL SERVICES, CORP.,
SWISS REINSURANCE AMERICA CORP.,
SWISS RE FINANCIAL PRODUCTS CORP.,
                                    Defendants          AFFIRMATION
WALTER B. KIELHOLZ, DAVID J. BLUMER,                    OF SERVICE
CHRISTIAN MUMENTHALER, CHARLOTTE
GUBLER, KANWARDEEP AHLUWALIA, DAVID
GODFREY, ERIKA OZER, and JOHN DOEs,
                                    Individual Defendants,
----------------------------------------------------------------x

I, Michelle L. McGuirk, of full age and party to this case, declare under penalty of perjury that I served by U.S. mail, return receipt on January 21, 2015, a copy of Plaintiff's Rule 7.1 Statement to Individual Defendants whose attorneys represented them or related corporate entities in this Court's jurisdiction:

<u>Kanwardeep Ahluwalia</u>
c/o Seyfarth Shaw, L.L.P.
Christopher Lowe/T. Conroy
620 Eighth Avenue
New York, New York 10018

<u>David Godfrey, Charlotte Gubler</u>
Quinn Emanuel Urquhart& Sullivan
c/oPhillipe Selendy/Nicholas Thomas
51 Madison Avenue, 22nd Floor
New York, New York 10010

<u>W. Kielholz, D. Blumer, C. Mumenthaler</u>
Paul Weiss Rifkind Wharton & Garrison
c/o Daniel J. Kramer or Attorney Named
1285 Avenue of the Americas
New York, New York 10019-0064

<u>N.Y.S. Department of Financial Svcs</u>
Office of General Counsel
Insurance Department
One State Street
New York, New York, 10004

CITY OF NEW YORK
COUNTY OF NEW YORK

Dated: _January 21st_, 2015

_Michelle L. McGuirk_
Plaintiff, Self-Represented
P.O. Box 369, New York, NY 10113-369