UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHELLE L. MCGUIRK,                                              14-CV-9516
                                    Plaintiff,
- v. -

SWISS RE FINANCIAL SERVICES, CORP.,
SWISS REINSURANCE AMERICA CORP.,
SWISS RE FINANCIAL PRODUCTS CORP.,
                                    Defendants
WALTER B. KIELHOLZ, DAVID J. BLUMER,                              AFFIRMATION
CHRISTIAN MUMENTHALER, CHARLOTTE                                  OF SERVICE
GUBLER, KANWARDEEP AHLUWALIA, DAVID
GODFREY, ERIKA OZER, and JOHN DOEs,
                                    Individual Defendants,
-----------------------------------------------------------------x

      I, _Christopher Raske_, of full age and not a party to this case, declare under penalty of perjury that I have served a copy of the attached i) Summons in a Civil Action; ii) two (2) completed copies of Notice of a Lawsuit and Request to Waive Service of a Summons; iii) two (2) completed copies of a Waiver of the Service of Summons (to be signed by Defendant(s)); iv) copy of Complaint for Employment Discrimination filed November 28, 2014 and Exhibit A; and v) one (1) prepaid envelope addressed to Plaintiff; upon each of the following Defendants or attorneys with address below, by depositing at an official depository under the exclusive care and custody of the U.S. Postal Service and its employees within New York on <u>December 13, 2014</u> by priority, certified mail with return receipt.

<u>Swiss Re Financial Services, Corp.</u>
Seyfarth Shaw L.L.P. c/o Christopher Lowe
620 Eighth Avenue
New York, New York 10018

<u>Swiss Reinsurance America Corp</u>
Attn: General Counsel
175 Kings Road
Armonk, New York 10504

<u>Swiss Re Financial Products Corp.</u>
c/o C.T. Corporation System
111 Eighth Avenue
New York, NY 10011

<u>Erika Ozer, Individual</u>
c/oSwiss Re America Holding Corp
175 Kings Road
Armonk, New York 10504

<u>Walter B. Kielholz, Individual</u>
Paul Weiss Rifkind Wharton & Garrison, LLP
c/o Daniel Kramer
1285 Avenue of the Americas
New York, N.Y. 10019-0064

<u>Christian Mumenthaler,Individual</u>
Paul Weiss Rifkind Wharton & Garrison LLP, c/o Daniel Kramer
1285 Avenue of the Americas
New York, N.Y. 10019-0064

1

<u>Kanwardeep Ahluwalia, Individual</u>
Seyfarth Shaw L.L.P. c/o Christopher Lowe
620 Eighth Avenue
New York, New York 10018

Dated: CITY OF NEW YORK
       COUNTY OF NEW YORK
       STATE OF NEW YORK

December __14__, 2014

_____
**Signature**

_1517 Bergen Sq. #206_
**Address**

_Brooklyn, NY   11213_
**City, State, Zip Code**

_(210) 379-4385_
**Telephone Number**

2

JUDGE McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14 CV 9516

-------------------------------------------------------------x

Jury Trial: X Yes ___ No

MICHELLE L. MCGUIRK,

                         Plaintiff,

- v. -

SWISS RE FINANCIAL SERVICES, CORP.,
SWISS REINSURANCE AMERICA CORP.,
SWISS RE FINANCIAL PRODUCTS CORP.,
                         Defendants
WALTER B. KIELHOLZ, DAVID J. BLUMER,
CHRISTIAN MUMENTHALER, CHARLOTTE
GUBLER, KANWARDEEP AHLUWALIA, DAVID
GODFREY, ERIKA OZER, and JOHN DOEs,
                         Individual Defendants,

COMPLAINT FOR
EMPLOYMENT
DISCRIMINATION



RECEIVED NOV 28 2014 U.S.D.C. S.D.N.Y. CASHIERS

-------------------------------------------------------------x

      Plaintiff MICHELLE L. MCGUIRK, self-represented, complains and alleges against Defendants SWISS RE FINANCIAL SERVICES CORP. ("SRFSC"), SWISS REINSURANCE AMERICA CORP. ("SRAC"), SWISS RE FINANCIAL PRODUCTS CORP. ("SRFPC"), Walter Kielholz, Christian Mumenthaler and other Individuals:

### PRELIMINARY STATEMENT

    1.    This action is brought pursuant to: i) the Fair Labor Standards Act ("FLSA") codified in 29 U.S.C. 201 *et seq*; ii) Title VII of the Civil Rights Act of 1964 ("Title VII") codified in 42 U.S.C. §§2000e-2000e-17, *et seq*; iii) Age Discrimination in Employment Act of 1967 ("ADEA") codified in 29 U.S.C. §§621-624; iv) Title I of the Americans with Disabilities Act of 1990 (ADA) codified in 42 U.S.C. §§12101-12117; v) New York City Human Rights Law ("NYCHR"), Administrative Code §§8-101-131; vi) Family and Medical Leave Act of 1993 ("FMLA") codified in 29 U.S.C. §2601-§2612 *et seq*; vii) Equal Pay Act of 1963 ("EPA") codified in 29 U.S.C. Ch. 8 §206(d); and viii) Violence Against Women Act codified at 42 U.S.C. §13701-§14040.

JAN 22 2015

PRO SE OFFICE

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MICHELLE L. MCGUIRK,

                           Plaintiff,

- v. -

SWISS RE FINANCIAL SERVICES, CORP.,
SWISS REINSURANCE AMERICA CORP.,
SWISS RE FINANCIAL PRODUCTS CORP.,
                           Defendants
WALTER B. KIELHOLZ, DAVID J. BLUMER,
CHRISTIAN MUMENTHALER, CHARLOTTE
GUBLER, KANWARDEEP AHLUWALIA, DAVID
GODFREY, ERIKA OZER, and JOHN DOEs,
                       Individual Defendants,
------------------------------------------------------------------x

14-CV-9516

AFFIRMATION
OF SERVICE

      I, __Michelle L. McGuirk__, of full age and a party to this case, declare under penalty of perjury that I have served a copy of the attached i) Summons in a Civil Action; ii) two (2) completed copies of Notice of a Lawsuit and Request to Waive Service of a Summons; iii) two (2) completed copies of a Waiver of the Service of Summons (to be signed by Defendant(s) or counsel); iv) copy of Complaint for Employment Discrimination filed November 28, 2014 and Exhibit A; and v) one (1) prepaid envelope addressed to Plaintiff; upon each of the following Defendants or attorneys with address below, by depositing at an official depository under the exclusive care and custody of the U.S. Postal Service and its employees within New York on __December 16, 2014__ by priority, certified mail with return receipt.

<u>Swiss Re Financial Products Corp.</u>
Quinn Emanuel Urquhart & Sullivan LLP
c/o Phillipe Selendy / Nicholas Thomas
51 Madison Avenue, 22nd Floor
New York, New York 10010

<u>David Godfrey, Individual Defendant</u>
Quinn Emanuel Urquhart & Sullivan
c/o Phillipe Selendy/Nicholas Thomas
51 Madison Avenue, 22nd Floor
New York, New York 10010

CITY OF NEW YORK
COUNTY OF NEW YORK
STATE OF NEW YORK

Sworn to before me this 17th day of
__December__, 2014.

_____
Notary Public

Dated: __December 17, 2014__

__Michelle L. McGuirk__
Signature Plaintiff, Self-Represented

P.O. Box 369, New York, NY 10113-0369

646-662-5241

FRANKIE ALMANZAR
Notary Public, State of New York
Reg. No. 04AL6287906
Qualified in New York County
Commission Expires Sept. 9, 20<u>17</u>

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Michelle L. McGuirk )
_____ )
Plaintiff )
v. ) Civil Action N° 14-CV 9516
Swiss Re Financial Services, Corp., et al )
(SEE ATTACHED) )
_____ )
Defendant )

JUDGE McMAHON

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

David Godfrey, Individual
c/o Quinn Emanuel Urquhart & Sullivan, L.L.P., Atty: Phillipe Selendy
51 Madison Avenue, 22nd Floor
New York, New York 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle L. McGuirk,
P.O. Box 369
New York, NY 10113-0369

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

Date: NOV 28 2014

CLERK OF COURT

Catherine Lapsley

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Michelle L. McGuirk

Plaintiff

v.

Swiss Re Financial Services, Corp., et al
(SEE ATTACHED)

Defendant

Civil Action No. 14-CV-9516

JUDGE McMAHON

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Swiss Re Financial Products, Corp.
55 East 52nd Street
New York, New York 10055

c/o
Quinn Emanuel Urquhart 'Sullivan LLP
Phillipe Selendy / Nicholas Joseph
51 Madison Avenue
New York, New York 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michelle L. McGuirk,
P.O. Box 369
New York, NY 10113-0369

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

Date: NOV 28 2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MICHELLE L. MCGUIRK,                                              14-CV-9516 (CM)
                                    Plaintiff,
- v. -

SWISS RE FINANCIAL SERVICES, CORP.,
SWISS REINSURANCE AMERICA CORP.,
SWISS RE FINANCIAL PRODUCTS CORP.,
                                    Defendants                    AFFIDAVIT
WALTER B. KIELHOLZ, DAVID J. BLUMER,                              OF SERVICE
CHRISTIAN MUMENTHALER, CHARLOTTE
GUBLER, KANWARDEEP AHLUWALIA, DAVID
GODFREY, ERIKA OZER, and JOHN DOEs,
                                    Individual Defendants,
----------------------------------------------------------------x

I, Michelle L. McGuirk, of full age and party to this case, depose and state under penalty of perjury that I served in person Defendant Swiss Reinsurance America Corp., a New York-domiciled insurer, on **December 24, 2014** upon two (2) male attorneys of the Office of General Counsel in the New York State Department of Financial Services, at location One State Street, New York, New York, 10004 per Insurance Law §1212 who accepted service of two (2) copies of: i) Summons; ii) Complaint of November 28, 2014; iii) Exhibit A; and iv) litigation back; and one (1) copy of v) 12.15.15 Order Scheduling Initial Pretrial Conference (proof attached).

CITY OF NEW YORK
COUNTY OF NEW YORK                          Dated: _January 21st_, 2015

Sworn to before me this___ day of           _Michelle L. McGuirk_
_____JAN 2 1 2015_____, 2015.           Michelle L. McGuirk
                                            Plaintiff, Self-Represented
_____                     P.O. Box 369, New York, NY 10113-369
Notary Public

ANNA DONG
Notary Public, State of New York
Reg. No. 04DO6228919
Qualified in New York County
Commission Expires Sept. 27, 2018

December 19th, 2014

New York State Department of Financial Services
Office of General Counsel
One State Street
New York City, New York 10004

<u>Letter Request: Michelle L. McGuirk v. Swiss Re Financial Services, Corp., et al 14-cv-9516</u>

Dear Office of General Counsel,

As Plaintiff in the above matter based upon a cause of action arising in the great State of New York, I respectfully request per Insurance Law §1212, the following documents to be served by the Department of Financial Services ("DFS") on the authorized insurance entity per the name and address below, with $40 check enclosed in satisfaction of this request.

The following documents are enclosed for service to this party:

- ✓ One (1) copy of Summons and one (1) copy for the DFS;
- ✓ One (1) copy of Complaint for Employment Discrimination and one (1) copy for DFS;
- ✓ One copy of Exhibit A from the E.E.O.C. and one (1) copy for DFS;
- ✓ One (1) copy of litigation back and one (1) copy for DFS;
- ✓ One (1) copy of Order of Dec. 15, 2014 from Hon. Colleen McMahon; and
- ✓ One (1) prepaid, self-addressed envelope for return of proof of service to Plaintiff.

Thank-you in advance for your timely and efficient assistance.

Respectfully Submitted,

*Michelle L. McGuirk* (signature)
Michelle Lynn McGuirk
Plaintiff, Self-Represented
P.O. Box 369, New York, N.Y. 10113-0369


Swiss Reinsurance America Corp.
Attn: General Counsel
175 Kings Road
Armonk, New York 10504

RECEIVED
NYS DEPARTMENT OF FINANCIAL SERVICES
DEC 24 2014
OFFICE OF GENERAL COUNSEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHELLE L. MCGUIRK,                                    14-CV-9516 (CM)
                                 Plaintiff,

- v. -

SWISS RE FINANCIAL SERVICES, CORP.,
SWISS REINSURANCE AMERICA CORP.,
SWISS RE FINANCIAL PRODUCTS CORP.,
                                 Defendants           AFFIRMATION
WALTER B. KIELHOLZ, DAVID J. BLUMER,                   OF SERVICE
CHRISTIAN MUMENTHALER, CHARLOTTE
GUBLER, KANWARDEEP AHLUWALIA, DAVID
GODFREY, ERIKA OZER, and JOHN DOEs,
                                 Individual Defendants,
------------------------------------------------------------x

I, Michelle L. McGuirk, of full age and party to this case, affirm under penalty of perjury that I served by U.S. international express mail on **December 27, 2014** per Fed. Rule of Civ. Pr. 4(f)(1) a copy of: i) Complaint of 11.28.2014 and Exhibit of E.E.O.C. letter; ii) Objection to Mediation Referral Order; iii) Mediation Referral Order; and iv) 12.15.14 Order Scheduling Initial Pretrial Conference to:

<u>David Blumer, Individual Defendant</u>
c/o Swiss Reinsurance Company
Attn: General Counsel
Mythenquai 50/60
Zurich 8022, Switzerland

<u>Kanwardeep Ahluwalia, Defendant</u>
c/o Swiss Re, Attn: General Counsel
30 St. Mary Axe
London EC3A 8EP United Kingdom

<u>Christian Mumenthaler, Ind. Defendant</u>
c/o Swiss Reinsurance Company
Attn: General Counsel
Mythenquai 50/60
Zurich 8022, Switzerland

Dated: _January 21st_, 2015

_____
Michelle L. McGuirk, *Plaintiff, Pro Se*
P.O. Box 369, New York, NY 10113-369

# Priority Mail Express International Shipping Label and Customs Form

**EZ 076654335 US**

## SENDER'S INFORMATION

**From: Sender's Last Name:** McGee
**First Name:** Marcia
**MI:** L

**Business Name (if applicable):**

**Address:** P.O. Box 369

**City:** Newark  **State:** NJ  **ZIP Code:** 07103-0369

**Telephone/Fax Number or Email Address:** 746-663-5241

## ADDRESSEE'S INFORMATION

**To: Addressee's Last Name:** Aune  **First Name:** David  **MI:**

**Business Name (if applicable):** c/o Swiss Reinsurance Company ATTN: General Counsel

**Address:** Mythenquai 50/60

**Postal Code:** 8022

**City:** Zurich

**Country:** Switzerland

**Province:**

**Telephone/Fax Number or Email Address:** 41-43-285-2121

**2. Check All That Apply:** ☐ Gift ☒ Documents ☐ Merchandise ☐ Returned Goods ☐ Commercial Sample ☐ Humanitarian Donation ☐ Dangerous Goods ☐ Other

| 4. Detailed Description of Contents | 5. QTY | 6. Weight Lbs. Ozs. | 7. Value (U.S. $) | 8. HS Tariff No. | 9. Country of Origin |
|---|---|---|---|---|---|
| Objection to Mediation | 1 | | 50.00 | | USA |
| Application for Referral Date | 1 | | 30.00 | | USA |
| Order Setting Payment Date | 1 | | 50.00 | | USA |
| Complaint 14-cv-7516 ppd part 2 | 2 | | 100.00 | | USA |
| **10. TOTAL:** | | 1 lb | 250.00 | | |

**3. AES/ITN/Exemption:**

**Signature:** [signature]  **Date:** 12.27.2014

**11.** I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

PS Form **2976-B**, July 2013    PSN 7530-17-000-0377

## ACCEPTANCE INFORMATION

**Item Weight:**
**Insured Amount (U.S. $):**  **Insurance Fee (U.S. $):**
**Postage (U.S. $):** $46.25    **Total Postage/Fees (U.S. $):** $46.25
**1. USPS Corporate Acct. No.**
**Office of Origin:**
**Date (Month/Day/Year):** 12/27/14  **Time:** 7:35
**Scheduled Delivery Date (Month/Day/Year):** Jan 3

## DELIVERY INFORMATION

**Date (Month/Day/Year):**  **Time:**
**Person:**
**Signature:**
**12. Sender's Customs Reference:**
**13. Importer's Reference:**
**14. License No.:**
**15. Certificate No.:**
**16. Invoice No.:**

**Mailing Office Date Stamp:** MADISON SQUARE STA / DEC 27 2014 / NEW YORK NY 10010

5 – Sender's Copy

# USPS Tracking™



Customer Service ›
Have questions? We're here to help.

Tracking Number: **EZ076656335US**

Scheduled Delivery Day: **Saturday, January 3, 2015**

## Product & Tracking Information

**Postal Product:** Priority Mail Express International™
**Features:** PO to Addressee — Up to $100 insurance included

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 8, 2015, 9:00 am** | Delivered | **SWITZERLAND** |

Your item was delivered in SWITZERLAND at 9:00 am on January 8, 2015.

| | | |
|---|---|---|
| January 5, 2015, 8:00 am | Addressee not available - Scheduled for another delivery attempt today | SWITZERLAND |
| January 5, 2015, 4:23 am | Arrival at Post Office | SWITZERLAND |
| January 3, 2015, 4:39 am | Addressee requests own pick-up - Item being held, addressee being notified | SWITZERLAND |
| January 2, 2015, 3:20 pm | Arrival at Post Office | SWITZERLAND |
| January 2, 2015, 7:59 am | Customs clearance processing complete | SWITZERLAND |
| January 2, 2015, 6:14 am | Processed Through Sort Facility | SWITZERLAND |
| December 31, 2014, 6:39 pm | Departed | Geneva, SWITZERLAND |
| December 31, 2014, 2:59 pm | Departed | London, UNITED KINGDOM |
| December 28, 2014, 6:29 pm | Departed | New York, UNITED STATES |
| December 28, 2014, 3:22 pm | Arrived | New York, UNITED STATES |
| December 28, 2014, 12:46 pm | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| December 28, 2014, 12:45 pm | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| December 28, 2014, 1:36 am | Arrived at USPS Origin Facility | JAMAICA, NY 11430 |
| December 27, 2014, 5:58 pm | Departed Post Office | NEW YORK, NY 10010 |
| December 27, 2014, 5:34 pm | Arrived at USPS Origin Facility | NEW YORK, NY 10199 |
| December 27, 2014, 1:30 pm | Acceptance | NEW YORK, NY 10010 |

# Priority Mail Express International Shipping Label and Customs Form

**UNITED STATES POSTAL SERVICE** — PRIORITY MAIL EXPRESS — Post Office To Addressee

EZ 074153431 US

## SENDER'S INFORMATION

**From: Sender's Last Name:** McGuirk
**First Name:** Michele
**Business Name (if applicable):**
**Address:** P.O. Box 369
**City:** New York **State:** NY **ZIP Code:** 10113-0369
**Telephone/Fax Number or Email Address:** 646-643-5241

## ADDRESSEE'S INFORMATION

**To: Addressee's Last Name:** Muncaster
**First Name:** Christian
**Business Name (if applicable):** Swiss Reinsurance Company, Attn/General Counsel
**Address:** Mythenquai 50/60
**Postal Code:** 8022
**City:** Zurich
**Province:**
**Country (Full name, not abbreviation):** Switzerland
**Telephone/Fax Number or Email Address:** 41-43-285-2121

## ACCEPTANCE INFORMATION

Mailing Office Date Stamp: MADISON SQUARE, DEC 27 2014, NEW YORK NY 10010

### 4. Detailed Description of Contents

| Detailed Description of Contents | QTY | Weight Lb. Oz. | Value | HS Tariff No. | Country of Origin |
|---|---|---|---|---|---|
| Objection in Writing | 1 | | 50.00 | | USA |
| Motion in Federal Court | 1 | | 90.00 | | USA |
| Order Scheduling Pretrial Hearing | 1 | | 60.00 | | USA |
| Complaint 14-cv-9516 + Exhibits | 2 | | 80.00 | | USA |
| **TOTAL** | | 1 lb 1 oz | 250.00 | | |

**Signature:** [signed] **Date:** 12.27.2014

PS Form 2976-B, July 2013   PSN 7530-17-000-0877   5 = Sender's Copy

# USPS Tracking™



Customer Service ›
Have questions? We're here to help.

Tracking Number: **EZ076656321US**

Scheduled Delivery Day: **Saturday, January 3, 2015**

## Product & Tracking Information

**Postal Product:** Priority Mail Express International™
**Features:** PO to Addressee   Up to $100 Insurance Included

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 8, 2015, 9:00 am** | Delivered | **SWITZERLAND** |

Your item was delivered in SWITZERLAND at 9:00 am on January 8, 2015.

| | | |
|---|---|---|
| January 5, 2015, 8:00 am | Addressee not available - Scheduled for another delivery attempt today | SWITZERLAND |
| January 5, 2015, 4:23 am | Arrival at Post Office | SWITZERLAND |
| January 3, 2015, 4:39 am | Addressee requests own pick-up - Item being held, addressee being notified | SWITZERLAND |
| January 2, 2015, 3:23 pm | Arrival at Post Office | SWITZERLAND |
| January 2, 2015, 8:00 am | Customs clearance processing complete | SWITZERLAND |
| January 2, 2015, 6:15 am | Processed Through Sort Facility | SWITZERLAND |
| December 31, 2014, 6:39 pm | Departed | Geneva, SWITZERLAND |
| December 31, 2014, 2:59 pm | Departed | London, UNITED KINGDOM |
| December 28, 2014, 6:29 pm | Departed | New York, UNITED STATES |
| December 28, 2014, 3:22 pm | Arrived | New York, UNITED STATES |
| December 28, 2014, 12:46 pm | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| December 28, 2014, 12:45 pm | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| December 28, 2014, 1:36 am | Arrived at USPS Origin Facility | JAMAICA, NY 11430 |
| December 27, 2014, 5:58 pm | Departed Post Office | NEW YORK, NY 10010 |
| December 27, 2014, 5:34 pm | Arrived at USPS Origin Facility | NEW YORK, NY 10199 |
| December 27, 2014, 1:37 pm | Acceptance | NEW YORK, NY 10010 |

# USPS Priority Mail Express International Shipping Label and Customs Form

**Label #:** EZ 076654349 US

## SENDER'S INFORMATION
- **Sender's Last Name:** McGuire
- **First Name:** Martin
- **Business Name:** (blank)
- **Address:** P.O. Box 240
- **City:** Newvine
- **State:** NJ
- **ZIP Code:** 10113-0367
- **Telephone/Fax:** 646-662-5241

## ADDRESSEE'S INFORMATION
- **Last Name:** Attiwala
- **First Name:** Kimberley
- **Business Name:** SMSS RC Attn: General Counsel
- **Address:** 20 St. James Ave
- **City:** London
- **Postal Code:** EC3A 8EP
- **Country:** United Kingdom
- **Telephone:** 44-020-3163-7100

## 2. Check All That Apply
- Merchandise

## 4. Detailed Description of Contents

| Description | 5. QTY | 6. Weight Lbs. Ozs. | 7. Value US $ | 8. HS Tariff No. | 9. Country of Origin |
|---|---|---|---|---|---|
| Christian's Medications | 1 | | 50.00 | | USA |
| Requested Referral Cycle | 1 | | 50.00 | | USA |
| Outstanding Reimbursement | 1 | | 50.00 | | USA |
| Inv# 1-1431 + Exhibit | 2 | | 100.00 | | USA |
| **10. TOTAL** | | | 250.00 | | |

**11.** I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**Signature:** M. McGuire
**Date:** 12/27/2014

PS Form 2976-B, July 2013    PSN 7530-17-000-0377

## ACCEPTANCE INFORMATION
- **Item Weight:** 1 lb
- **Insured Amount (U.S. $):** -
- **Insurance Fee (U.S. $):** -
- **Postage (U.S. $):** $72.50
- **Total Postage/Fees (U.S. $):** $72.50
- **USPS Corporate Acct. No.:** -
- **Office of Origin:** 1/18/14
- **Date:** 12/27/2014
- **Scheduled Delivery Date:** 1/5/15

## DELIVERY INFORMATION
(blank)

**Postmark:** MADISON SQUARE STATION, DEC 27 2014, NEW YORK NY 10010

5 – Sender's Copy

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **EZ076656349US**

## Product & Tracking Information

**Postal Product:**
Priority Mail Express International™

**Features:**
PO to Addressee          Up to $100 insurance included

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 30, 2014, 12:50 pm | Delivered | UNITED KINGDOM |

Your item was delivered in UNITED KINGDOM at 12:50 pm on December 30, 2014.

| | | |
|---|---|---|
| December 29, 2014, 10:45 pm | Customs clearance processing complete | UNITED KINGDOM |
| December 29, 2014, 10:43 pm | Processed Through Sort Facility | UNITED KINGDOM |
| December 29, 2014, 7:26 am | Departed | London, UNITED KINGDOM |
| December 28, 2014, 6:22 pm | Departed | New York, UNITED STATES |
| December 28, 2014, 7:44 am | Arrived | New York, UNITED STATES |
| December 28, 2014, 7:10 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| December 28, 2014, 7:09 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| December 28, 2014, 12:25 am | Arrived at USPS Origin Facility | JAMAICA, NY 11430 |
| December 27, 2014, 5:58 pm | Departed Post Office | NEW YORK, NY 10010 |
| December 27, 2014, 5:33 pm | Arrived at USPS Origin Facility | NEW YORK, NY 10199 |
| December 27, 2014, 1:42 pm | Acceptance | NEW YORK, NY 10010 |

```
         MADISON SQUARE STA.
          NEW YORK, New York
              100109998
            3558250015-0098
  12/27/2014 (212)673-3771 01:49:49 PM

  ─────────── Sales Receipt ───────────
  Product          Sale Unit      Final
  Description      Qty  Price     Price

  ~~ Switzerland - PM Express    $46.50
  Intl with Guarantee Flat
  Rate Env
  1 lb.  0.30 oz.
   Label #:EZ076656335US
   Postal Code   8022
   Guaranteed delivery at destination:
       Saturday, January 3, 2015
   HOLIDAYS: NEW YEAR'S DAY,
   1/1/2015; BERCHTOLDS DAY,
   1/2/2015
   For PMEI with Guarantee refund
   information, call
   1-800-222-1811.

   Customs Form #: EZ076656335US
                                ========
   Issue Postage:                 $46.50

  ~~ Switzerland - PM Express    $46.50
  Intl with Guarantee Flat
  Rate Env
  1 lb.  0.20 oz.
   Label #:EZ076656321US
   Postal Code   8022
   Guaranteed delivery at destination:
       Saturday, January 3, 2015
   HOLIDAYS: NEW YEAR'S DAY,
   1/1/2015; BERCHTOLDS DAY,
   1/2/2015
   For PMEI with Guarantee refund
   information, call
   1-800-222-1811.

   Customs Form #: EZ076656321US
                                ========
   Issue Postage:                 $46.50

  ~~ Great Britain and           $46.50
  Northern Ireland - PM
  Express Intl with Guarantee
  Flat Rate Env
  1 lb.  0.20 oz.
   Label #:EZ076656349US
   Postal Code
   Guaranteed delivery at destination:
       Monday, January 5, 2015
   HOLIDAYS: NEW YEARS DAY,
   1/1/2015
   For PMEI with Guarantee refund
   information, call
   1-800-222-1811.

   Customs Form #: EZ076656349US
                                ========
   Issue Postage:                 $46.50


  Total:                        $221.75

  Paid by:
  MasterCard                    $221.75
     Account #:       XXXXXXXXXXXX8386
     Approval #:              08344Z
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MICHELLE L. MCGUIRK,                                               14-CV-9516 (CM)
                                          Plaintiff,

- v. -

SWISS RE FINANCIAL SERVICES, CORP.,
SWISS REINSURANCE AMERICA CORP.,
SWISS RE FINANCIAL PRODUCTS CORP.,
                                          Defendants                   AFFIDAVIT
WALTER B. KIELHOLZ, DAVID J. BLUMER,               OF SERVICE
CHRISTIAN MUMENTHALER, CHARLOTTE
GUBLER, KANWARDEEP AHLUWALIA, DAVID
GODFREY, ERIKA OZER, and JOHN DOEs,
                              Individual Defendants,
-------------------------------------------------------------------x

       I, Michelle L. McGuirk, of full age and a party to this case, declare under penalty of perjury that I served by U.S. mail, return receipt, a copy of: i) Plaintiff Objection to Mediation Referral Order; ii) Mediation Referral Order and iii) Dec. 15, 2014 Order Scheduling Initial Pretrial Conference on **December 27, 2014**:

| Swiss Re Financial Services, Corp. | Walter Kielholz, David Blumer, |
| --- | --- |
| Kanwardeep Ahluwalia | Christian Mumenthaler, Defendants |
| Seyfarth Shaw, L.L.P. | Paul Weiss Rifkind Wharton & |
| c/o Christopher Lowe/T. Conroy | Garrison, LLP, c/o Daniel J. Kramer |
| 620 Eighth Avenue | 1285 Avenue of the Americas |
| New York, New York 10018 | New York, New York 10019-0064 |
| | |
| Swiss Reinsurance America Corp. | Swiss Re Financial Services, Corp. |
| Attn: General Counsel | Attn: General Counsel |
| 175 Kings Road | 55 East 52nd Street |
| Armonk, New York 10504 | New York, New York 10055 |
| | |
| Swiss Re Financial Products Corp. | David Godfrey, Charlotte Gubler |
| Attn: General Counsel | Quinn Emanuel Urquhart & Sullivan |
| c/o C.T. Corporate Systems | c/o Phillipe Selendy/Nicholas Thomas |
| 111 Eighth Avenue, 13th Floor | 51 Madison Avenue, 22nd Floor |
| New York, New York 10011 | New York, New York 10010 |

1

<u>Erika Ozer, Individual Defendant</u>
c/o Swiss Re America Holding Corp.
175 Kings Road
Armonk, New York 10504


**CITY OF NEW YORK**
**COUNTY OF NEW YORK**

Sworn to before me this____ day of
_____, 2015.

JAN 2 1 2015

_____
**Notary Public**

ANNA DONG
Notary Public, State of New York
Reg. No. 04DO6228919
Qualified in New York County
Commission Expires Sept. 27, 20__

Dated: _January 21st_____, 2015

_Michelle Y. McGuirk_
Plaintiff, Self-Represented
P.O. Box 369, New York, NY 10113-369

2

Michelle L. McGuire
P.O. Box 369
New York, NY 10113-0369

USM SDNY 5W

JRB
1/22/15
Pro-Se

United States District Court
→ PRO-SE INTAKE UNIT.
Pro Se Intake Unit
Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007

JAN 2 2 2015
PRO SE OFFICE

PRO SE FILINGS / 14-CV-9516(CM)