UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
                                                                       :
MICHELLE L. MCGUIRK,                                                   :
                                                                       :
                    Plaintiff,                             :  14 Civ. 9516 (CM) (HBP)
                                                                       :
     -against-                                                        :  **NOTICE OF APPEARANCE**
                                                                       :
SWISS RE FINANCIAL SERVICES, CORP. et al.,                             :
                                                                       :
                    Defendant(s).                          :
---------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that Tara M. Conroy, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for Swiss Re Financial Services Corp., Swiss Reinsurance America Corp., Swiss Re Financial Products Corp., and Erika Ozer in the above-captioned matter.  Tara M. Conroy hereby certifies that she is admitted to practice in this Court.

Date:  January 28, 2015                    Respectfully submitted,

                                          SEYFARTH SHAW LLP

                                          By: s/ Tara M. Conroy
                                               Tara M. Conroy
                                               620 Eighth Avenue
                                               New York, New York 10018
                                               Telephone: (212) 218-5510
                                               Facsimile: (917) 344-1310
                                               tconroy@seyfarth.com

## CERTIFICATE OF SERVICE

On January 28, 2015, I served a true and correct copy of the foregoing Notice of Appearance, by depositing a true and correct copy of the aforementioned document, enclosed in a properly addressed first class postpaid wrapper, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to the following *pro se* plaintiff:

>Michelle L. McGuirk
>P.O. Box 369
>New York, NY 10113

>s/*Tara M. Conroy*
>    Tara M. Conroy