UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE LYNN MCGUIRK,

    Plaintiff,

v.

SWISS RE FINANCIAL SERVICES CORP.,
SWISS REINSURANCE AMERICA CORP.,
SWISS RE FINANCIAL PRODUCTS
CORP., WALTER B. KIELHOLZ, DAVID
J. BLUMER, CHRISTIAN
MUMENTHALER, CHARLOTTE
GUBLER, KANWARDEEP AHLUWALIA,
DAVID GODFREY, ERIKA OZER,

    Defendants.

Civil Action No. 14-cv-0516-(CM)

SECOND MOTION FOR AN
ADJOURNMENT OF THE
INITIAL PRETRIAL CONFERENCE

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/15

Pursuant to Rule I.E. of the Individual Practices and Procedures of Judge Colleen McMahon, Defendants Swiss Re Financial Services Corp., Swiss Reinsurance America Corp., Swiss Re Financial Products Corp., and Erika Ozer (collectively the "Defendants") respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for January 30, 2015 (the "Conference"). In support of this motion, Defendants state:

1. Defendants' filed a Motion to Dismiss on Thursday, January 22, 2015.

2. Defendants respectfully maintain that scheduling discovery deadlines and the like is premature until its Motion to Dismiss has been fully briefed and ruled on.

3. Defendants thus respectfully request that the Conference be adjourned until after the Court has ruled on its Motion to Dismiss.

4. This is Defendants' second request for an adjournment.

5. On January 28, 2015, Defendants' counsel contacted Plaintiff via email and telephone to obtain her consent to an adjournment. To date, Plaintiff has not responded.

6. Defendants' counsel has previously communicated with Plaintiff via email and telephone in regards to a case filed in the New York Division of Human Rights against Swiss Re Financial Services Corp. Plaintiff has previously responded in a prompt manner to Defendants' counsel's emails.

7. This motion is made in good faith and not for the purpose of causing undue delay. There are no hearings nor other deadlines that will be affected by this motion.

WHEREFORE, Defendants respectfully request that the Court issue an order adjourning the Conference from January 23, 2015 until after the Court has ruled on its Motion to Dismiss.

Dated: New York, New York
January 28, 2015

Respectfully submitted,

By: /s/ Christopher H. Lowe

Christopher H. Lowe
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
E-mail: clowe@seyfarth.com

*Attorneys for Defendants Swiss Re Financial Services Corp., Swiss Reinsurance America Corp., Swiss Re Financial Products Corp., and Erika Ozer*